# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | **MJ 19-09-GF-JTJ** |
| **INFORMATION ASSOCIATED WITH FACEBOOK USER ID 100033156110268 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC.** | **ORDER** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, Inc., an electronic communication service or remote computing service, not to notify any person, including the subscribers and customers of the accounts listed in the caption above, of the existence of the attached search warrant.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger child safety. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc. shall not disclose the existence of the attached search warrant or this Order of

the Court, to the listed subscribers or to any other person, unless and until otherwise authorized to do so by the Court, or until six months from the date of this order, whichever occurs first. As part of this order, Facebook, Inc. is authorized to disclose the attached search warrant to an attorney for Facebook, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that this case and all pleadings in it, including the Application, Affidavit, and Search Warrant filed herein, are SEALED.

This case may be unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment or Information by any defendant related to this search warrant, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 22nd day of February, 2019.

_____
John Johnston
United States Magistrate Judge